IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS JEROME WILLIAMS,

    Petitioner,

v.                                  CASE NO. 3:15-cv-155-LC-GRJ

SECRETARY, FLA. DEP'T
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 15, 2017, (ECF No. 22), recommending that the Petition be denied. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is

adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, (ECF No. 1), is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 17th day of July, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER
UNITED STATES SENIOR DISTRICT JUDGE**